IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| **JP MORGAN CHASE BANK NATIONAL ASSOCIATION,** | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:12-cv-4774-O |
| v. | § § | |
| **SHEILA COLLINS, et al.,** | § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 7). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Court finds that this action should be and is hereby **DISMISSED** without prejudice for want of prosecution and that Defendants' Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 5) should be and is hereby **DENIED**.

The Court **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the Court adopts and incorporates by reference the Order accepting the findings, conclusions, and recommendation of the magistrate judge. *See Baugh v. Taylori*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the above Order, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

**SO ORDERED** on this **9th day** of **April, 2013**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**